UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

MARK HENGEMUHLE
SR. DEPUTY CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

December 20, 2013

Honorable Dickinson R. Debovoise
Senior U.S. District Judge
P.O. Box 0999
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, N.J. 07102

           RE: **WALLER, THOMAS**
                 **DKT# 05-708-01**
                 **Report of Non-Compliant Behavior**
                 **No Action Requested**

Dear Judge Debevoise,

The above captioned individual was sentenced by Your Honor on May 22, 2008, to 77 months imprisonment to be followed by 3 years of supervised release for the offense of Unlawful Possession of a Firearm. As a condition of supervision, Drug testing was ordered. Waller was released from custody on 4/26/11.

Waller has been compliant and cooperative with the conditions of supervision. He has maintained stable residence. Random urines have been taken since his release and all have been negative with the exception of ones taken on 6/26/13 and one taken recently on 11/20/13.

Waller has violated the conditions of his supervision as outlined in the Probation Form 12A which we have attached for Your Honor's review and signature. We respectfully request that no action be taken at this time. He will be monitored closely and urine testing will be increased.

Should Your Honor wish to discuss this matter further, we remain available.

                 Sincerely,

                 Wilfredo Torres, Chief
                 U.S. Probation Officer

                 By: Nancy Hildner
                 Senior U.S. Probation Officer

```
PROB 12A
(7/93)
```

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Waller                              Cr.: 2:05 CR 00708
                                                             PACTS #: 44046

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 5/22/08

Original Offense: Unlawful Possession of a Firearm

Original Sentence: 77 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: 4/26/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Waller tested positive for marijuana and oxycodone on 11/20/13. |

U.S. Probation Officer Action:

Waller will be closely monitored and urine testing will be increased. In addition Waller will attend weekly MRT sessions, which he has already started.

*[Signature: Dickinson R. Debevoise, 1/2/14]*

Respectfully submitted,
By: Nancy Hildner
Senior U.S. Probation Officer
Date: 12/19/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date